```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
K.O., individually and on behalf of I.E., a child with a         :
disability,                                                      :
                                                                 :
                                Plaintiffs,                      :    20-cv-10277 (LJL)
                                                                 :
        -v-                                                      :       ORDER
                                                                 :
NEW YORK CITY DEPARTMENT OF EDUCATION,                           :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      In this case, in which Plaintiffs seek an award of reasonable attorneys' fees among other relief, Plaintiffs have increased the fee that they seek to account for work performed after the submission of Plaintiffs' motion for summary judgment. Dkt. No. 73 ¶ 60. Defendant has not had the opportunity to respond to the additional hours for which Plaintiffs seek reasonable attorneys' fees, and the Court would find it useful to have the views of Defendant on those additional hours. Accordingly, Defendant shall submit by one week from today a declaration not to exceed fifteen pages addressed to the additional time for which Plaintiffs seek an attorneys' fee. The declaration shall be limited only to the additional time not reflected in the time records submitted in connection with Plaintiffs' moving papers in support of summary judgment. Plaintiffs shall not be permitted a sur-surreply.

      SO ORDERED.

Dated: May 6, 2022  
       New York, New York
                                      LEWIS J. LIMAN  
                                      United States District Judge