UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

K.O., *individually and on behalf of*
*I.E., a child with a disability*,

                              Plaintiff,

          -v-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

                            Defendant.

------------------------------------------------------------------X

20-cv-10277 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2023

LEWIS J. LIMAN, United States District Judge:

      On August 7, 2023, Plaintiff requested entry of final judgment pursuant to the mandate issued by the Second Circuit. Dkt. Nos. 89, 90. Defendant does not object to the entry of final judgment. Dkt. No. 91.

      The Clerk of Court is respectfully directed to enter final judgment in this matter.

      SO ORDERED.

Dated: August 21, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge