**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
K.O., individually and on behalf of
I.E., a child with a disability,

                              **JUDGMENT**

            Plaintiff,
   -against-                        20 **CIVIL** 10277 (LJL)


JOSEPH RUOTOLO, ESQ., et al.,

            Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 26, 2022 and Order dated August 21, 2023, granting in part and denying in part Plaintiff's motion for summary judgment, Plaintiff is entitled to attorneys' fees and costs in the total amount of $81,904.13, plus post-judgment interest thereupon at the applicable statutory rate. For clarity, Plaintiff's award has been calculated as follows:

| | Hourly Rate | Number of Hours | Total |
|---|---|---|---|
| **CASE NO. 178593 – ADMINISTRATIVE COMPONENT** | | | |
| Andrew K. Cuddy (attorney) | ~~$550.00~~ | | ~~$825.00~~ |
| | $420.00 | 1.50 | $630.00 |
| Jason Sterne (lead attorney) | ~~$550.00~~ | | ~~$12,540.00~~ |
| | $400.00 | 22.80 | $9,120.00 |
| Jason Sterne (travel) | ~~$275.00~~ | ~~9.50~~ | ~~$2,612.50~~ |
| | ~~$200.00~~ | ~~2.85~~ | ~~$783.75~~ |
| | | 2.00 | $400.00 |
| Benjamin Kopp (attorney) | ~~$400.00~~ | | ~~$2,440.00~~ |
| | $250.00 | 6.10 | $1,525.00 |
| Michael Cuddy (senior attorney) | ~~$550.00~~ | | ~~$770.00~~ |
| | $400.00 | 1.40 | $560.00 |
| Raul Velez (attorney) | ~~$375.00~~ | | ~~$75.00~~ |
| | $200.00 | 0.20 | $40.00 |
| Kenneth Bush (initial lead attorney) | ~~$425.00~~ | | ~~$7,522.50~~ |
| | $250.00 | 17.70 | $4,425.00 |
| Allison Bunnell (paralegal) | ~~$225.00~~ | | ~~$1,260.00~~ |
| | $100.00 | 5.60 | $560.00 |

| | | | |
|---|---|---|---|
| Amanda Pinchak (paralegal) | ~~$225.00~~ | | ~~$990.00~~ |
| | $100.00 | 4.40 | $440.00 |
| Sarah Woodard (paralegal) | ~~$225.00~~ | | ~~$67.50~~ |
| | $125.00 | 0.30 | $37.50 |
| Shobna Cuddy (senior paralegal) | ~~$225.00~~ | | ~~$517.50~~ |
| | $125.00 | 2.30 | $287.50 |
| Burhan Meghezzi | ~~$225.00~~ | | ~~$247.50~~ |
| | $100.00 | 1.10 | $110.00 |
| Cailin O'Donnell | ~~$225.00~~ | | ~~$202.50~~ |
| | $100.00 | 0.90 | $90.00 |
| John Slaski | ~~$225.00~~ | | ~~$90.00~~ |
| | $100.00 | 0.40 | $40.00 |
| **FEE SUBTOTAL** | | | **~~$30,160.00~~** |
| | | | **~~$28,331.25~~** |
| | | | **$18,265.00** |
| Postage | | | $0.94 |
| ~~Fax @ $2.00~~ | | | ~~$4.00~~ |
| ~~Meal~~ | | | ~~$18.51~~ |
| Mileage | 30% | | ~~$147.90~~ |
| | | | $44.37 |
| Print @ ~~$0.50~~ $0.10 per page | | | ~~$475.50~~ |
| | | | $95.10 |
| **COST SUBTOTAL** | | | **~~$646.85~~** |
| | | | **$140.41** |
| *CASE NO. 178593 SUBTOTAL (WITHOUT INTEREST)* | | | **~~$30,806.85~~** |
| | | | **~~$28,471.66~~** |
| | | | **$18,405.41** |
| **CASE NO. 185439 – ADMINISTRATIVE COMPONENT** | | | |
| Andrew K. Cuddy (attorney) | ~~$550.00~~ | | ~~$385.00~~ |
| | $420.00 | 0.70 | $294.00 |
| Benjamin Kopp (travel) | ~~$200.00~~ | ~~10.00~~ | ~~$2,000.00~~ |
| | $125.00 | ~~3.00~~ | ~~$600.00~~ |
| | | 2.00 | $250.00 |
| Benjamin Kopp (attorney) | ~~$400.00~~ | | ~~$7,240.00~~ |
| | $250.00 | 18.10 | |
| *Per Order at ECF 81 (at 26 of 32), moved to "para. rate work" below* | | -0.90 | |
| **Benjamin Kopp (attorney subtotal)** | | 17.20 | **$4,300.00** |
| Benjamin Kopp (para. rate work) | ~~$225.00~~ | | |
| | $125.00 | 0.90 | $112.50 |
| Jason Sterne (lead attorney) | ~~$550.00~~ | | ~~$330.00~~ |
| | $400.00 | 0.60 | $240.00 |
| Michael Cuddy (senior attorney) | ~~$550.00~~ | | ~~$605.00~~ |
| | $400.00 | 1.10 | $440.00 |
| Amanda Pinchak (paralegal) | ~~$225.00~~ | | ~~$382.50~~ |
| | $100.00 | 1.70 | $170.00 |

| | | | |
|---|---|---|---|
| Cailin O'Donnell | ~~$225.00~~ | | ~~$180.00~~ |
| | $100.00 | 0.80 | $80.00 |
| Sarah Woodard (paralegal) | ~~$225.00~~ | | ~~$90.00~~ |
| | $125.00 | 0.40 | $50.00 |
| Shobna Cuddy (senior paralegal) | ~~$225.00~~ | | ~~$225.00~~ |
| | $125.00 | 1.00 | $125.00 |
| | | | |
| | | | |
| **FEE SUBTOTAL** | | | ~~$11,437.50~~ |
| | | | ~~$10,037.50~~ |
| | | | $6,061.50 |
| ~~Hotel~~ | | | ~~$285.85~~ |
| ~~Meal~~ | | | ~~$30.78~~ |
| Print @ ~~$0.50~~ $0.10 per page | | | ~~$119.00~~ |
| | | | $23.80 |
| Postage | | | $0.50 |
| Transportation | 30% | | ~~$143.90~~ |
| | | | $43.17 |
| **COST SUBTOTAL** | | | ~~$580.03~~ |
| | | | $67.47 |
| ***CASE NO. 185439 SUBTOTAL (WITHOUT INTEREST)*** | | | ~~$12,017.53~~ |
| | | | ~~$10,104.97~~ |
| | | | $6,128.97 |
| **CASE NO. 185174 – ADMINISTRATIVE COMPONENT** | | | |
| Andrew K. Cuddy (attorney) | ~~$550.00~~ | | ~~$1,980.00~~ |
| | $420.00 | 3.60 | $1,512.00 |
| Benjamin Kopp (attorney) | ~~$400.00~~ | | ~~$21,040.00~~ |
| | $250.00 | 52.60 | $13,150.00 |
| Jason Sterne (lead attorney) | ~~$550.00~~ | | ~~$660.00~~ |
| | $400.00 | 1.20 | $480.00 |
| Michael Cuddy (senior attorney) | ~~$550.00~~ | | ~~$880.00~~ |
| | $400.00 | 1.60 | $640.00 |
| Amanda Pinchak (paralegal) | ~~$225.00~~ | | ~~$382.50~~ |
| | $100.00 | 1.70 | $170.00 |
| Khrista Smith (paralegal) | ~~$225.00~~ | | ~~$157.50~~ |
| | $100.00 | 0.70 | $70.00 |
| Shobna Cuddy (senior paralegal) | ~~$225.00~~ | | ~~$382.50~~ |
| | $125.00 | 1.70 | $212.50 |
| John Slaski (paralegal) | ~~$225.00~~ | | ~~$292.50~~ |
| | $100.00 | 1.30 | $130.00 |
| Cailin O'Donnell (paralegal) | ~~$225.00~~ | | ~~$180.00~~ |
| | $100.00 | 0.80 | $80.00 |
| Emma Bianco (paralegal) | ~~$225.00~~ | | ~~$877.50~~ |
| | $100.00 | 3.90 | $390.00 |
| **FEE SUBTOTAL** | | | ~~$26,832.00~~ |
| | | | $16,834.50 |

3

| | | | |
|---|---|---|---|
| Print @ ~~$0.50~~ $0.10 per page | | | ~~$336.00~~ $67.20 |
| Postage | | | $6.00 |
| **COST SUBTOTAL** | | | ~~$342.00~~ $73.20 |
| *CASE NO. 185174 SUBTOTAL (WITHOUT INTEREST)* | | | ~~$27,174.00~~ ~~$26,905.20~~ $16,907.70 |
| **CASE NO. 196238 – ADMINISTRATIVE COMPONENT** | | | |
| Andrew K. Cuddy (attorney) | ~~$550.00~~ $420.00 | 5.30 | ~~$2,915.00~~ $2,226.00 |
| Benjamin Kopp (lead attorney) | ~~$400.00~~ $250.00 | 31.00 | ~~$12,400.00~~ |
| *Discretionary removal (during reply)* | | -0.70 | |
| *Per Order at ECF 81 (at 26 of 32), moved to "para. rate work" below* | | -0.80 | |
| ***Benjamin Kopp (attorney subtotal)*** | | ~~30.30~~ 29.50 | ~~*$12,120.00*~~ *$7,375.00* |
| Benjamin Kopp (para. rate work) | ~~$225.00~~ $125.00 | 0.80 | $100 |
| Michael Cuddy (senior attorney) | ~~$550.00~~ $400.00 | 0.10 | ~~$55.00~~ $40.00 |
| Allyson Green (paralegal) | ~~$225.00~~ $100.00 | 2.10 | ~~$472.50~~ $210.00 |
| Burhan Meghezzi (paralegal) | ~~$225.00~~ $100.00 | 4.00 | ~~$900.00~~ $400.00 |
| Cailin O'Donnell (paralegal) | ~~$225.00~~ $100.00 | 1.40 | ~~$315.00~~ $140.00 |
| Shobna Cuddy (senior paralegal) | ~~$225.00~~ $125.00 | 1.00 | ~~$225.00~~ $125.00 |
| **FEE SUBTOTAL** | | | ~~$17,002.50~~ $10,616.00 |
| Postage | | | $2.80 |
| **COST SUBTOTAL** | | | $2.80 |
| *CASE NO. 196238 SUBTOTAL (WITHOUT INTEREST)* | | | ~~$17,005.30~~ $10,618.80 |
| *ADMINISTRATIVE COMPONENT SUBTOTAL (WITHOUT INTEREST)* | | | ~~$87,283.68~~ ~~$82,487.13~~ $52,060.88 |
| **FEDERAL COMPONENT** | | | |
| Andrew K. Cuddy (attorney) | ~~$550.00~~ $420.00 | 13.00 | ~~$7,150.00~~ |
| *Since February 25, 2022 Invoice (added during reply; adjusted per Order at ECF 81 at 28-29 of 32)* | | ~~+6.30~~ 4.20 | |
| ***Andrew Cuddy (attorney subtotal)*** | | | ~~*$10,615.00*~~ |

| | | | |
|---|---|---|---|
| | | 17.20 | ***$7,224.00*** |
| Benjamin Kopp (lead attorney) | ~~$400.00~~<br>$250.00 | 94.50 | ~~$37,800.00~~ |
| *Moved to "para. rate work" below (during reply)* | | -1.00 | |
| *Since February 25, 2022 Invoice (added during reply; adjusted per Order at ECF 81 at 29 of 32)* | | ~~+36.20~~<br>5.80 | |
| *Per Order at ECF 81 (at 27 of 32), reducing summary judgment (initial) time* | | -15.00 | |
| ***Benjamin Kopp (attorney subtotal)*** | | ~~129.00~~<br>84.3 | ~~*$51,600.00*~~<br>***$21,075.00*** |
| Benjamin Kopp (para. rate work) | ~~$225.00~~<br>$125.00 | 1.00 | ~~$225.00~~<br>$125.00 |
| Shobna Cuddy (senior paralegal) | ~~$225.00~~<br>$125.00 | 3.10 | ~~$697.50~~ |
| *Since February 25, 2022 Invoice (added during reply; adjusted per Order at ECF 81 at 29 of 32)* | | ~~+1.00~~<br>0.75 | |
| ***Shobna Cuddy (Sr. paralegal subtotal)*** | | ~~4.10~~<br>3.85 | ~~*$922.50*~~<br>***$481.25*** |
| ChinaAnn Reeve (paralegal) | ~~$225.00~~<br>$100.00 | 5.10 | ~~$1,147.50~~ |
| *Since February 25, 2022 Invoice (added during reply; adjusted per Order at ECF 81 at 29 of 32)* | | ~~+3.00~~ | |
| ***ChinaAnne Reeve (paralegal subtotal)*** | | | ~~*$1,822.50*~~<br>***$510.00*** |
| Cailin O'Donnell (paralegal)<br>*Since February 25, 2022 Invoice (added during reply; adjusted per Order at ECF 81 at 29 of 32)* | ~~$225.00~~<br>$100.00 | ~~+0.40~~ | ~~$90.00~~ |
| **FEE SUBTOTAL** | | | ~~$46,795.00~~<br>~~$65,275.00~~<br>$29,415.25 |
| Filing Fee | | | $402.00 |
| Printing | | | ~~$130.00~~<br>$26.00 |
| **COST SUBTOTAL** | | | ~~$532.00~~<br>$428.00 |
| ***FEDERAL COMPONENT SUBTOTAL (WITHOUT INTEREST)*** | | | ~~*$65,703.00*~~<br>***$29,843.25*** |
| ***GRAND TOTAL (WITHOUT INTEREST)*** | | | ~~*$148,190.13*~~<br>***$81,904.13*** |

**Dated:** New York, New York

August 22, 2023

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

          **BY:**

                                                      **Deputy Clerk**